UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK WHITE,  No. 08-10496

    Plaintiff,  District Judge George Caram Steeh

v.  Magistrate Judge R. Steven Whalen

SAGINAW COUNTY, et.al.,

    Defendants.
_____/

**ORDER DENYING MOTION TO CONSOLIDATE**

Plaintiff has filed a motion [Doc. #9] to consolidate this case with Docket No. 08-10956, assigned to Judge Friedman and Magistrate Judge Scheer. However, I have filed a Report and Recommendation (R&R), recommending dismissal of the present case. If the R&R is accepted, the complaint will be dismissed, and there will be nothing to consolidate.

Therefore, Plaintiff's motion to consolidate [Doc. #9] is DENIED WITHOUT PREJUDICE. If this case ultimately survives dismissal, Plaintiff may renew his motion.

SO ORDERED.

    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on December 17, 2008.

            S/G. Wilson
            Judicial Assistant